UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| LAURA BARR, | Case No. 2:17-cv-03128-KJD-PAL |
| Plaintiff, | ORDER |
| v. | (Mot. WD Atty – ECF No. 12) |
| SMITH'S FOOD & DRUG CENTERS, INC., | |
| Defendant. | |

Before the court is Christiansen Law Offices' Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 12) filed May 1, 2018. The motion is supported by the declaration of attorney R. Todd Terry. Defendant filed a Response (ECF No. 13). Notice of the Motion to Withdraw was mailed to Ms. Barr at her last known address which is provided in the declaration. The motion represents that irreconcilable differences have arisen between plaintiff, Laura Barr, and Christiansen Law Office such that the attorney within the law office cannot continue to effectively represent her in this matter. Christiansen Law Offices therefore seeks leave to withdraw as counsel of record.

Although defendant does not object to the withdrawal, counsel is concerned that a withdrawal may delay plaintiff's deposition, and impair defendant's need to complete discovery within the time allowed by the court's discovery plan and scheduling order. Defendant therefore requests that the court set a deadline for the plaintiff to either retain substitute counsel or indicate that she will be appearing pro se, that is, representing herself

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Christiansen Law Offices' Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 12) is **GRANTED**.

2. Plaintiff shall have until **June 22, 2018**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se,* that is, representing herself.

3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

Laura Barr
3726 Tranquil Canyon Ct.
Las Vegas, NV  89147

DATED this 22nd day of May, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE