JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAURA BARR, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Corporation, DOES I through X, inclusive; and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants, | CASE NO. 2:17-cv-03128-KJD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and LAURA BARR, ESQ., appearing Pro Se in this litigation, as follows:

1. That Plaintiff LAURA BARR'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC., be dismissed with prejudice, each party to bear their own attorney's fees and costs;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 4531146.1

2. That any and all deadlines established by the Court, including the deadline of June 22, 2018 established for Plaintiff to retain new counsel or file a notice that she will be appearing Pro Se, be vacated.

DATED this 25th day of June, 2018.

|  |  |
|---|---|
| /s/ Laura J Barr<br>LAURA BARR<br>3726 Tranquil Canyon Court<br>Las Vegas, Nevada 89147<br>(702) 401-6183<br>PLAINTIFF APPEARING<br>PRO SE | COOPER LEVENSON, P.A.<br># 005065<br>/s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

## ORDER

IT IS SO ORDERED. Case dismissed with prejudice, each party to bear their own fees and costs.

DATED this the 27th day of June, 2018.

_____
DISTRICT COURT JUDGE

CLAC 4531146.1

2